UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROMEL DAVIS-HUSSUNG
#787443,

NO. 2:14-cv-14964

    Plaintiff,

HON. BERNARD A. FRIEDMAN

v

MAG. ELIZABETH A. STAFFORD

JEFFERY LEWIS, *et al.,*

    Defendants.

                                            /

Exhibit 10

Affidavit of Richard Russell

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROMEL DAVIS-HUSSUNG #787443,

    Plaintiff,

v

JEFFERY LEWIS, *et al.*,

    Defendants.

NO. 2:14-cv-14964

HON. BERNARD A. FRIEDMAN

MAG. ELIZABETH A. STAFFORD

/

## AFFIDAVIT OF RICHARD D. RUSSELL

I, Richard D. Russell, having been duly sworn, depose and say:

1.    If sworn as a witness, I can testify competently to the facts contained within this affidavit.

2.    I am presently the Manager of the Grievance Section of the Michigan Department of Corrections (MDOC), with my office in Lansing, Michigan. I have held this position since May 1, 2011.

3.    On May 15, 2015, my office provided the Department of Attorney General a certified record of the Step III grievance appeals filed by the Plaintiff.

4.    I have had no other involvement with the Plaintiff, or issues related to this complaint.

AFFIANT SAYS NOTHING FURTHER.

Richard D. Russell, Manager
Office of Legal Affairs
Michigan Department of Corrections

1

Subscribed and sworn to before me, a Notary Public,
on the 18th day of May, 2015.

Robert W. Farr - Notary Public
Eaton County, Michigan
Acting in Ingham County Michigan
My Commission Expires: January 29, 2021

ROBERT W. FARR
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires 01/29/2021
Acting in the County of Ingham

Himebaugh\FED Intake\2015-0107136-A Davis-Hussung\AFF.blank

2