UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMEL DAVIS-HUSSUNG,

    Plaintiff,                                        Civil Action No. 14-CV-14964

vs.                                                   HON. BERNARD A. FRIEDMAN

JEFFREY LEWIS, et al.,

    Defendants.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on defendant Groat's motion for summary judgment [docket entry 28]. Magistrate Judge Elizabeth A. Stafford has issued a Report and Recommendation ("R&R") in which she recommends that the motion be granted. No party has objected to the R&R and the objection period has expired. The Court agrees with the magistrate judge's analysis. Accordingly,

IT IS ORDERED that Magistrate Judge Stafford's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendant Groat's motion for summary judgment is granted.

                                                          S/ Bernard A. Friedman_____
Dated: September 21, 2015          BERNARD A. FRIEDMAN
       Detroit, Michigan                SENIOR UNITED STATES DISTRICT JUDGE